UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:25-cv-21459-RAR

**VICTOR ARIZA**,

      Plaintiff,

vs.

**LACOSTE USA, INC.,**
**d/b/a LACOSTE, a foreign**
**for-profit corporation**,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement in principal.  The parties request that the case be stayed for 30 days to enable them to finalize and execute their settlement agreement and to file the appropriate dismissal document.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 8751 W. Broward Blvd., Suite 303 | Co-Counsel for Plaintiff |
| Plantation, FL 33324 | 6355 N.W. 36th Street, Suite 307 |
| T. 954/362-3800 | Virginia Gardens FL 33166 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email:duranandassociates@gmail.com |

By____*s/ Roderick V. Hannah*_____        By ___*s/  Pelayo  M.  Duran*_____
    RODERICK V. HANNAH              PELAYO M. DURAN
    Fla. Bar No. 435384                 Fla. Bar No. 0146595

**ARENTFOX SCHIFF LLP**
Counsel for Defendant
44 Montgomery Avenue, 38th Floor
San Francisco, CA  94104
T. 415/608-7975
E-mail:  Catherine.baugartner@afslaw.com

By ___*/s/ Catherine Baumgartner*_____
        CATHERINE BAUMGARTNER
        Fla. Bar No. 1010634