UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-21459-RAR

**VICTOR ARIZA**,

Plaintiff,

vs.

**LACOSTE USA, INC.,
d/b/a LACOSTE, a foreign
for-profit corporation**,

Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party

to bear his/its own attorney's fees and costs.

Dated: June 24, 2025.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |

By:    *s/ Roderick V. Hannah*          By:    *s/ Pelayo M. Duran*
    RODERICK V. HANNAH                PELAYO M. DURAN
    Fla. Bar No. 435384                   Fla. Bar No. 0146595

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Catherine Baumgartner, Esq.
ARENTFOX SCHIFF LLP
44 Montgomery Avenue, 38th Floor
San Francisco, CA  94104
T. 415/608-7975
E-mail:  Catherine.baugartner@afslaw.com

*Attorneys for Defendant*
*LACOSTE USA, INC.,*
*d/b/a LACOSTE*

*/s/  Roderick V. Hannah*
Roderick V. Hannah

2